20245, 20314.   MAYOR &C. OF MILLEDGEVILLE *v.* WALL; and
*vice versa.*

STEPHENS, J.  This case is controlled by *Mayor &c. of Milledgeville* v.
*Jeanes*, ante, 105.

*Judgment affirmed on both bills of exceptions. Jenkins, P. J., and Bell, J.,
concur.*

DECIDED OCTOBER 1, 1930.

*Spalding, MacDougald & Sibley, Allen & Pottle, Hines &
Carpenter, Sibley & Sibley, H. H. Hargrett,* for plaintiff.

*Hammond & Kennedy, Frank W. Bell,* for defendant.